IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

R. JAN PINNEY, on his own behalf and on behalf of a class of similarly situated individuals,

    Plaintiff,

vs.

AEGON COMPANIES PENSION PLAN,

    Defendant.

No. C14-0125

ORDER FOR ADMISSION
*PRO HAC VICE*

This matter comes before the Court on the Motions for Admission Pro Hac Vice (docket numbers 44 and 45) filed by attorneys James P. Keenley and Teresa S. Renaker on December 15, 2014. The Court finds that the motions should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motions for Admission Pro Hac Vice (docket numbers 44 and 45) filed by attorneys James P. Keenley and Teresa S. Renaker are **GRANTED**. Attorneys James P. Keenley and Teresa S. Renaker are authorized to appear on behalf of Plaintiff in this case.

DATED this 15th day of December, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA